UNITED STATES of America,
Plaintiff–Appellee,

v.

Terrell Anthony HARGROVE, a/k/a Rell, Defendant–Appellant.

No. 14–6314.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 25, 2014.

Terrell Anthony Hargrove, Appellant Pro Se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrell Anthony Hargrove appeals the district court's order denying his motion, brought under 18 U.S.C. § 3582(c) (2012) and Federal Rule of Criminal Procedure 32, to correct errors in his presentence report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hargrove*, No. 3:06–cr–00026–JAG–1 (E.D.Va. Feb. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*